# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
TIA SHARPE                      :
                                :   CIVIL ACTION
         Plaintiff              :
                                :
     vs.                        :   NO. 17-CV-3205
                                :
THE CHEESECAKE FACTORY          :
                                :
         Defendant              :
```

**ORDER**

AND NOW, this 20th day of September, 2017, the Court having been advised that the issues between the parties in the above action have been settled, it is hereby ORDERED that the above action is DISMISSED with prejudice pursuant to the provisions of Local Rule of Civil Procedure 41.1(b), without costs.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER,      J.